IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN D. NEWCOMB,

    Petitioner,                                        JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 12-cv-862-wmc

R. WERLINGER, Warden,
FCI - Oxford,

    Respondent.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner John Newcomb's motion to reduce or modify his term of imprisonment under 18 U.S.C. § 3582(c)(2) and dismissing his petition for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction because his claims do not fit within the savings clause found in 28 U.S.C. § 2255(e).

/s/                                                                             12/18/2013

Peter Oppeneer, Clerk of Court                                  Date